**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☒ **3rd**  Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ____  Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Michel Jarbath**   JOINT DEBTOR: _____   CASE NO.: **13-20120 LMI**
Last Four Digits of SS# **xxx-xx-0479**   Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

B.  $ **245.31**  for months **1** to **60** ;
C.  $ _____ for months ____ to ____ ; in order to pay the following creditors:

Administrative: Attorney's Fee -  $ **0.00**   TOTAL PAID $ **0.00**
Balance Due  $ **-NONE-**  payable $ ____ /month  (Months ____ to ____ )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. **Champion Mortgage**
   Address: **PO Box 40724; Lansing, MI 48901-7924**
   Account No: **1011054**

   Past Due Taxes and Insurance on Reverse Mortgage on Petition Date  $ **12,960.81**
   Payment for Past Due Taxes and Insurance on Reverse Mortgage  $ **216.01** /month (Months **1** to **60**)
   Regular Payment  $ **0.00** /month (Months **0** to **0**)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **-NONE-** | $ | % | $ | To | |

Priority Creditors: [as defined in 11 U.S.C. §507]
**-NONE-**   Total Due  $ _____
             Payable   $ _____ /month  (Months __ to __)  Regular Payment $ _____

Unsecured Creditors: Pay $ **7.00** /month (Months **1** to **60** ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
**Rejected Contracts and/or Leases**
**-NONE-**

**Assumed Contracts and/or Leases**
**-NONE-**

There are no regular payments due to the Secured Creditor Champion Mortgage because the mortgage is a reverse mortgage. Upon completion of the plan debtor will have cured the default for past due taxes and insurance and will be in compliance with the terms of the reverse mortgagee Champion Mortgage.

The Miami-Dade County Code Enforcement Lien is not included in the plan.

To avoid litigation, the parties agree that on or before May 15 of each year the debtor(s) shall provide the Chapter 13 Trustee a copy of the tax return filed with the IRS that year or an affidavit that they did not earn sufficient income to file tax returns. If the debtor(s) income increased more than the COLA (cost of living adjustment) for that calendar year, on or before June 15 of each year, the debtor(s) will modify the plan to pay the additional income received above COLA to the allowed unsecured creditors or the debtor(s) will: (a) amend Schedule I and J (if "under median") or amend the CMI Form (if "over median"), (b) provide the Trustee with evidence and calculation of any new or increased expenses, and (c) file a motion to modify the plan or a notice with a detailed statement of why the debtor believes that modification is not necessary. The parties further agree that the Trustee may seek an increase in payment to the unsecured creditors equivalent to the income that was not disclosed by the debtor(s) for the prior year and that the time to file a motion to vacate confirmation under 1330(a) is extended to 90 days after the debtor has provided the Trustee with the tax returns for the tax year in which the petition was filed.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

**/s/ Michel Jarbath**
**Michel Jarbath**
Debtor

Date:  **August 7, 2013**