IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE

MICHEL JARBATH     CASE NO. 13-20120-LMI
                   Chapter 13

　　　　Debtor(s).           /
_____

## MOTION FOR RELIEF FROM AUTOMATIC STAY

**Any interested party who fails to file and serve a written response to this motion within 14 days after the date of service stated in this motion shall, pursuant to Local Rule 4001-1(C), be deemed to have consented to the entry of an order granting the relief requested in the motion.**

COMES NOW Movant, Nationstar Mortgage LLC d/b/a Champion Mortgage Company, its successors and/or assigns, by and through its undersigned counsel, moves this Honorable Court to lift the automatic stay, pursuant to 11 U.S.C. §362 and Local Rule 4001-1, and would states as follows:

1.  There is attached hereto and marked as Exhibit "A," a copy of a promissory note and mortgage which were executed and delivered to the payee named therein to evidence a just debt. Said Note is secured by the mortgage, which encumbers the following described property:

    THE NORTH 1/2 OF THE SOUTH 1/2 OF LOT 160, ARCH CREEK ESTATE, ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 46, PAGE 73 OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

    PROPERTY ADDRESS: 14325 NE 12TH AVENUE, MIAMI, FL 33161

2.  Movant holds and/or services the note and mortgage.

3.  The covenants in Movant's Note and Mortgage have been breached in that the taxes and insurance are due and payable and payments have not been paid.

4. A principal balance of $241,144.27 is due and owing to Movant on said Note and Mortgage, together with interest, late charges, fees and costs. Attached hereto as Composite Exhibit "B" is an Affidavit in Support of Motion for Relief and Indebtedness Worksheet.

5. The estimated value of the property is $76,931.00 according to the BROWARD County Property Appraiser attached hereto as Exhibit "C".

6. The real property has/has not been claimed exempt by the Debtor(s) and has not been abandoned by the Trustee.

7. Relief from the stay should be granted for cause as contemplated by Section 362(d) of the Bankruptcy Code on account of, without limitation, the following reasons:

   a. Movant lacks adequate protection of its interest in the property encumbered by its note and mortgage because the obligors under the note and mortgage have ceased paying their obligation, and such default is causing a steady increase in indebtedness owed to Movant under the note and mortgage. Such increase in indebtedness is causing Movant's secured position to diminish possibly to the extent that it will be undersecured by its collateral.

   b. The facts as stated above constitute unreasonable delay by the Debtor(s) that is prejudicial to Movant, and constitutes a lack of adequate protection of Movant's interest in the property encumbered by the mortgage.

8. Movant has retained the undersigned attorneys to represent it in this action, and it is obligated to pay said attorneys a reasonable fee for their services, which are recoverable as part of the debt pursuant to the loan documents.

WHEREFORE, Movant moves for the following:

      A.     An order granting in rem relief from the automatic stay pursuant to 11 U.S.C. 362 to permit Movant to pursue its rights under the loan documents and applicable state law.

      B.     If the Court does not see fit to grant in rem relief from the stay as requested herein, Movant prays for an Order conditioning the continuation of the stay upon the Debtor(s) furnishing adequate protection payments.

C.     Such other and further relief as to the Court may appear just and proper.

I HEREBY CERTIFY that on this 3 day of June, 2014, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the CM/ECF participants listed below:

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

_____
Jason D. Silver, Esq.
FLORIDA BAR #:    92547
GREENSPOON MARDER, P.A.
TRADE CENTRE SOUTH, SUITE 700
100 WEST CYPRESS CREEK ROAD
FORT LAUDERDALE, FL  33309
Telephone:    (954) 491-1120
Facsimile:    (954) 343-6982
Email:        Jason.silver@gmlaw.com

MAILING LIST

*Debtor*
**Michel Jarbath**
14325 N.E. 12th Avenue
Miami, FL 33161

*Trustee*
**Nancy K. Neidich**
www.ch13herkert.com
P.O. Box 279806
Miramar, FL 33027

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Avenue - Suite 1204
Miami, FL 33130

*Debtor's Counsel*
**Lissette Labrousse, Esq.**
3000 Biscayne Blvd. #500
Miami, FL 33137