**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:  Michel Jarbath

Case No.  **13-20120-LMI**
Chapter 13

_____     Debtor_____/

## DEBTOR'S MOTION TO MODIFY CHAPTER 13 PLAN

Debtor, Michel Jarbath, pursuant to 11 U.S.C. §1329 of the Bankruptcy Code, moves this Court to permit the debtor to modify his Chapter 13 Plan as follows:

1.    On September 25, 2013, this Court entered an Order confirming  Debtor's Chapter 13 Plan [ECF #28].

2.    Through no fault of his own, the Debtor's flood insurance lapsed. Specifically, the Debtor's insurance agent accepted the Debtor's payment and then misinformed him that he had coverage when, in fact, no coverage was procured.

3.    Upon learning of the error, via the creditor's Motion for Relief from Stay [ECF #47], the Debtor promptly corrected the agent's mistake and secured the necessary flood coverage.

4.    However, the Debtor is now liable for the forced-placed flood insurance the creditor imposed during the lapse.

5.    The Debtor will be seeking these funds from his insurance agent, however, now files his First Modified Plan to cure the post-petition arrears for the forced-placed flood insurance.

6.      Accordingly, the Debtor respectfully requests the Court permit him to modify his Chapter 13 Plan by granting and approving the Debtor's First Modified Chapter 13 Plan.

Respectfully submitted,
LEGAL SERVICES OF GREATER MIAMI, INC.
Attorneys for Debtor
3000 Biscayne Blvd., Suite 500
Miami, Florida 33137
Telephone: (305) 438-2401
Facsimile: (305) 573-5800
_____/s/_____
Jacqueline C. Ledón, Esq.
Florida Bar No.: 0022719