## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☒ 3rd Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Michel Jarbath       JOINT DEBTOR:-_____       CASE NO.: 13-20120-LMI
Last Four Digits of SS# 0479       Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 248.12 for months 1 to 44 ;
    B.    $ 237.61 for months 45 to 59 ;
    C.    $ 2,609.68 for months 60 to 60 ; in order to pay the following creditors:

Administrative: Attorney's Fee - $_____ TOTAL PAID $_____
    Balance Due    $_____ payable $_____/month (Months _____ to _____)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
Past Due Taxes & Insurance ("T&I") on Reverse

1. Champion Mortgage       Mortgage on Petition Date   $ 12,960.81
Address: P.O. Box 40724, Lansing, MI 48901-7924   T & I Payment   $ 216.01 /month (Months 1 to 59 )
_____   T & I Payment* $2,365.44/month (Months 60 to 60 )
   Regular Payment   $_____/month (Months _____ to _____)
Account No: 1011054

2. _____   Arrearage on Petition Date   $_____
Address: _____   Arrears Payment   $_____/month (Months _____ to _____)
_____   Regular Payment   $_____/month (Months _____ to _____)
Account No: _____

3. _____   Arrearage on Petition Date   $_____
Address: _____   Arrears Payment   $_____/month (Months _____ to _____)
_____   Regular Payment   $_____/month (Months _____ to _____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  | $ | % | $ | _____ To _____ |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____   Total Due $_____
   Payable   $_____/month (Months ____ to ____) Regular Payment $_____
2. _____   Total Due $_____
   Payable   $_____/month (Months ____ to ____) Regular Payment $_____

Unsecured Creditors: Pay $ 9.55** /month (Months 1 to 44 )
                        $ 0 /month (Months 45 to 60 )
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

*This payment includes $2,149.43 due for post-petition flood insurance arrears.

**This payment accounts for the total scheduled payments to unsecured creditors.

**Rejected Contracts and/or Leases**
**-NONE Assumed**
**Contracts and/or Leases**
**-NONE**

There are no regular payments due to the Secured Creditor Champion Mortgage because the mortgage is a reverse mortgage.

Upon completion of the plan debtor will have cured the default for past due taxes and insurance and will be in compliance with the terms of the reverse mortgagee Champion Mortgage.

The Miami-Dade County Code Enforcement Lien is not included in the plan.

The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/

| Debtor | Joint Debtor |
| Date: 1/17/2017 | Date: |

LF-31 (rev. 01/08/10)