# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☒ \_\_\_\_4th\_\_\_\_ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Michel Jarbath         JOINT DEBTOR:-_____     CASE NO.: 13-20120-LMI
Last Four Digits of SS# \_\_\_0479\_\_\_    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of _____ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
- A. $ 210.70 for months 1 to 45 ;
- B. $ 296.59 for months 46 to 59 ;
- C. $ 2,660.97 for months 60 to 60 ; in order to pay the following creditors:

Administrative: Attorney's Fee - $_____ TOTAL PAID $ _____
         Balance Due     $_____ payable $_____/month (Months \_\_\_\_\_ to \_\_\_\_\_)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
Past Due Taxes & Insurance ("T&I") on Reverse

1. Champion Mortgage            Mortgage on Petition Date  $ 12,960.81
Address: P.O. Box 40724, Lansing, MI 48901-7924   T & I Payment   $ 198.14   /month (Months 1 to 45 )
                                                  T & I Payment*  $ 269.63   /month (Months 46 to 59 )
                                                  T & I Payment*  $ 2,419.06 /month (Months 60 to 60 )
                                                  Regular Payment $_____/month (Months \_\_\_\_\_to\_\_\_\_\_)
Account No: 1011054

2. _____    Arrearage on Petition Date  $_____
Address:_____        Arrears Payment  $_____/month (Months \_\_\_\_\_to\_\_\_\_\_)
                                       Regular Payment  $_____/month (Months \_\_\_\_\_to\_\_\_\_\_)
Account No: _____

3. _____    Arrearage on Petition Date  $_____
Address:_____        Arrears Payment  $_____/month (Months \_\_\_\_\_to\_\_\_\_\_)
                                       Regular Payment  $_____/month (Months \_\_\_\_\_to\_\_\_\_\_)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  | $ | % | $ | \_\_\_\_\_ To \_\_\_\_\_ |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____   Total Due  $_____
                              Payable  $_____/month (Months\_\_\_\_to \_\_\_\_) Regular Payment $_____
2. _____   Total Due  $_____
                              Payable  $_____/month (Months\_\_\_\_to \_\_\_\_) Regular Payment $_____

Unsecured Creditors: Pay $ 12.56 /month (Months 1 to 45 )
                     Pay $ 0 /month (Months 46 to 60 ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

*This payment includes $2,149.43 due for post-petition flood insurance arrears.

**Rejected Contracts and/or Leases**
-NONE Assumed
**Contracts and/or Leases**
-NONE

There are no regular payments due to the Secured Creditor Champion Mortgage because the mortgage is a reverse mortgage.

Upon completion of the plan debtor will have cured the default for past due taxes and insurance and will be in compliance with the terms of the reverse mortgagee Champion Mortgage.

The Miami-Dade County Code Enforcement Lien is not included in the plan.

To avoid litigation, the parties agree that on or before May 15 of each year the debtor(s) shall provide the Chapter 13 Trustee a copy of the tax return filed with the IRS that year or an affidavit that they did not earn sufficient income to file tax returns. If the debtor(s) income increased more than the COLA (cost of living adjustment) for that calendar year, on or before June 15 of each year, the debtor(s) will modify the plan to pay the additional income received above COLA to the allowed unsecured creditors or the debtor(s) will: (a) amend Schedule I and J (if "under median") or amend the CMI Form (if "over median"), (b) provide the Trustee with evidence and calculation of any new or increased expenses, and (c) file a motion to modify the plan or a notice with a detailed statement of why the debtor believes that modification is not necessary. The parties further agree that the Trustee may seek an increase in payment to the unsecured creditors equivalent to the income that was not disclosed by the debtor(s) for the prior year and that the time to file a motion to vacate confirmation under 1330(a) is extended to 90 days after the debtor has provided the Trustee with the tax returns for the tax year in which the petition was filed.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/

Debtor
Date:     2/6/2017

Joint Debtor
Date:

LF-31 (rev. 01/08/10)