**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:   Michel Jarbath                                                                 Case No: 13-20120-LMI
                                                                                                        Chapter 13

_____Debtor____/

## MOTION TO REOPEN CASE TO ENFORCE DISCHARGE ORDER PURSUANT TO 11 USC § 524(i)

Debtor, Michel Jarbath, pursuant to 11 USC 350(b), Fed. R. Bankr. P. 5010, and Local Rule 5010-1(a), moves this Court to re-open this Chapter 13 proceeding for the purpose of enforcing the Order of Discharge entered by this Court on July 17, 2019 (ECF No. 84) and as grounds therefore states:

1.      Debtor filed his Voluntary Petition for Chapter 13 bankruptcy on April 30, 2013.

2.      The Debtor's confirmed Chapter 13 Plans (ECF 26 No. and ECF No. 68) provided for payments to his reverse mortgage lender, Nationstar d/b/a Champion Mortgage, to cure pre-petition and post-petition property charge arrears. Both confirmed Plans included the language which stated, "Upon completion of the plan debtor will have cured the default for past due taxes and insurance and will be in compliance with the terms of the reverse mortgagee Champion Mortgage."

3.      The Debtor was able to successfully complete his Chapter 13 Plan by making all required payments and an Order of Discharge was entered on July 17, 2019 (ECF No.84.)

4.      Since the Discharge was entered in this case, Nationstar d/b/a Champion Mortgage has taken actions to collect debts which were paid through the Debtor's Chapter 13 Plan. Debtor believes the creditor's post-discharge collection activity constitutes a willful failure to properly credit plan payments and is therefore a violation of 11 U.S.C § 524(i).

1

5.Concurrent with this Motion to Reopen, the Debtor, through undersigned counsel, is also filing a Motion to Enforce Order of Discharge Pursuant to 11 USC § 524(i).

6. Because the Debtor is seeking to reopen this proceeding in order to correct an action which affects the discharge of debtor under § 524, no reopening fee is required under Local Rule 5010(A)(1).

WHEREFORE, Debtor respectfully requests that the Court enter on Order re-opening this Chapter 13 proceeding so that the Debtor can pursue his available remedies to enforce the Order of Discharge.

Respectfully submitted,

LEGAL SERVICES OF GREATER MIAMI, INC.

BY__/s/_____
Matt Bayard Esq.
Florida Bar No. 32209
Attorney for Debtor
4343 W. Flagler Street, Suite 100
Miami, Florida  33134
Telephone: (305) 438-2413
Mbayard@legalservicesmiami.org