

**ORDERED in the Southern District of Florida on December 9, 2021.**

Laurel M. Isicoff
Chief United States Bankruptcy Judge

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: Michel Jarbath | Case No. 13-20120-LMI |
| | Chapter 13 |
| _____Debtor_____/ | |

**AGREED ORDER GRANTING DEBTOR'S MOTION TO REOPEN CASE**

THIS CAUSE came to be heard on December 1, 2021 on Debtor Michel Jarbath's Motion to Re-Open Case [ECF No. 88]. Based on an agreement reached by the parties and the Office of the Chapter 13 Standing Trustee, and being duly advised in the premises, the Court **ORDERS** as follows:

1. The Motion is GRANTED and this proceeding is REOPENED.

2. Pursuant to Local Rule 5010(A)(1), no reopening fee is required from the Debtor.

3. This proceeding shall be re-closed upon resolution of the Debtor's Motion to Enforce Discharge Order which is docketed at ECF No. 90.

###

Submitted by: Matt Bayard Esq.

Attorney Matt Bayard Esq. is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.