UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re: Michel Jarbath                                  Case No. 13-20120-LMI
                                                       Chapter 13

            Debtor
_____/

## NOTICE OF CONTINUED HEARING ON DEBTOR'S MOTION TO ENFORCE DISCHARGE ORDER PURSUANT TO 11 USC § 524(i)

**YOU ARE HEREBY NOTIFIED** that the hearing on Debtor's Motion to Enforce Discharge Order Pursuant to 11 USC § 524(i) [ECF No. 90] has been continued to **February 1, 2022** at **9:00 AM** by VIDEO CONFERENCE**.** To participate in the hearing, you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, click on or enter the following registration link in a browser:

https://www.zoomgov.com/meeting/register/vJItduiqqz4iGPWRbYC6YTes9xqj5mxBNU4

Respectfully submitted,

LEGAL SERVICES OF GREATER MIAMI
Matt Bayard, Esq.
Attorney for Debtor
FL BAR NO.: 32209
4343 W. Flagler Street., Suite 100
Miami, Florida 33134
Telephone: (305) 438-2413
Mbayard@legalservicesmiami.org
BY:        /s/ Matt Bayard Esq.